```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 21968
   JOHN E WASH
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-5452


----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
   The case was filed on 11/21/2007 and was not confirmed.

   The case was dismissed without confirmation 01/30/2008.
----------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                         PAID          PAID
----------------------------------------------------------------------
COUNTRYWIDE HOME LOANS    NOTICE ONLY     NOT FILED          .00           .00
TARGET NATIONAL BANK      UNSECURED          307.19          .00           .00
COMMONWEALTH EDISON       UNSECURED         2117.89          .00           .00
COUNTRYWIDE HOME LOANS    CURRENT MORTG        .00           .00           .00
COUNTRYWIDE HOME LOANS    SECURED NOT I   22149.11          .00           .00
ROUNDUP FUNDING LLC       UNSECURED         1438.19          .00           .00
LVNV FUNDING LLC          UNSECURED         1268.43          .00           .00
INTERNAL REVENUE SERVICE  PRIORITY        10801.50          .00           .00
INTERNAL REVENUE SERVICE  UNSECURED       10160.75          .00           .00
LEGAL ASSISTANCE FOUNDAT  DEBTOR ATTY         .00                         .00
TOM VAUGHN                TRUSTEE                                         .00
DEBTOR REFUND             REFUND                                          .00

       Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                                 .00
DEBTOR REFUND                                        .00
                       ---------------       ---------------
TOTALS                     .00                       .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 04/23/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 07 B 21968 JOHN E WASH